IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HASKELL 305 LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SENECA INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:16-CV-3314-C |

## ORDER

The parties have indicated to the Court that they have settled this case. Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before 21 days from the date of this order.

SO ORDERED.

Dated this 18th day of April, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE