IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HASKELL 305 LLC, | ) |
|             Plaintiff, | ) |
| v. | ) |
| SENECA INSURANCE COMPANY, et al., | ) |
|             Defendants. | )   Civil Action No. 3:16-CV-3314-C |

## ORDER

Upon the parties' representation of settlement herein, the Court administratively closed the above-referenced matter without prejudice to its being reopened to enter an order of dismissal or if the settlement had not been completed. The Court notes that an order of dismissal has not yet been entered and that the parties have not notified the Court that the settlement was not completed.

The Court therefore presumes that the above-styled and -numbered civil action has been finally settled. The case is dismissed with prejudice. Each party shall bear its respective costs.

IT IS SO ORDERED.

Dated June 2, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE